JOSEPH WALLICK, Respondent, v. LINCOLN C. ANDREWS, as Receiver of the NEW YORK AND QUEENS COUNTY RAILWAY COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

DAVID ROSEN, Respondent, v. HYMAN DICKER, Appellant, and PHILIP DICKER, Defendant, Copartners, etc.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WILLIAM F. SCHEPPY, Respondent, v. EIGHTH AVENUE RAILROAD COMPANY, Appellant. (Action No. 1.) — Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WILLIAM F. SCHEPPY, Respondent, v. EIGHTH AVENUE RAILROAD COMPANY, Appellant. (Action No. 2.) — Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

TERESA SCHEPPY, Respondent, v. EIGHTH AVENUE RAILROAD COMPANY, Appellant. (Action No. 3.) — Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of ROBERT F. MCALLISTER, Appellant, v. GEORGE V. MCLAUGHLIN, as Police Commissioner of the City of New York, Respondent.— Order of certiorari sustained, determination annulled and petitioner reinstated, with fifty dollars costs and disbursements to the petitioner, on the ground that the petitioner was found guilty of the charges preferred against him upon insufficient and unsatisfactory evidence and that the determination of the police commissioner was contrary to and against the weight of the credible testimony given upon the hearing. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ETTA GREENFIELD, Respondent, v. SIGMUND SELIGMAN, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of THE EQUITABLE TRUST COMPANY OF NEW YORK, as Trustee, etc., of WILLIAM KRAMER, Deceased, Respondent, for an Order Revoking the Letters Testamentary Heretofore Issued to WILLIAM KRAMER, JR., as Executor of the Said Will and Removing Him as Executor Thereof, Appellant.— Decree affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

NICHOLAS W. RYAN, Appellant, v. JAMES AHEARN and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BEST BUILDING COMPANY, INC., Appellant, v. EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., and Another, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY KLEINBERG, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOHN FILA, as Administrator of the Estate of EDWIN FILA, Deceased, Respondent, v. FRIEDS SERVICE GARAGE, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.